# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTEN MORALES,** | * | **CIVIL ACTION NO.: 21-CV-01992** |
| **Plaintiff,** | * | |
| **v.** | * | **JUDGE: ELDON E. FALLON** |
| | * | |
| **CITY OF NEW ORLEANS, OFFICE OF OIG** | * | **MAGISTRATE JUDGE:** |
| **THROUGH ED MICHEL, INTERIM** | * | |
| **INSPECTOR GENERAL, AND BOBBIE** | * | **MICHAEL B. NORTH** |
| **JONES.** | * | |
| **Defendants.** | * | **SECTION: L** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL

**NOW INTO COURT, through undersigned counsel,** comes Plaintiff, Kristen Morales, who hereby gives notice to this Honorable Court and to Defendants, that they appeal to the United States Court of Appeals for the Fifth Circuit the judgment of this Court, entered on April 20, 2023 (R. Doc. No. 73), dismissing all claims, the Order and Reasons of this Court, entered April 19, 2023 (R. Doc. No. 72), which granted Defendant City of New Orleans' Motion for Summary Judgment, and the Order and Reasons of this Court, entered March 29, 2023 (R.Doc. 66), granting Defendants New Orleans Office of the Inspector General's, Ed Michel's, and Bobbie Jones' Motion for Summary Judgment, and order denying Motion to Amend Judgment entered on May 18, 2023 (R.Doc. 78).

Respectfully submitted,

*/s/ Stephanie Dovalina*
Stephanie Dovalina, LSBA #31137
700 Camp Street, Ste. 105
New Orleans, LA 70130
Phone No.: (504)528-9500
Mobile: (504) 339-9815
Fax: (504) 353-9516
stephanie@dovalinalawgroup.com
Attorney for Kristen Morales

1

**Certificate of Service**

I certify that on May 19, 2023, a copy of the foregoing was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be send to all parties by operation of the court's electronic filing system.

*/s/ Stephanie Dovalina*
Stephanie Dovalina